# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ASHLEY E. WILLIAMS a/k/a ASHLEY CREAMER, | |
| Plaintiff, | Case No. 4:19-cv-00039-ALM-KPJ |
| v. | Honorable Judge Amos L. Mazzant |
| PROCOLLECT, INC., | |
| Defendant. | |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES the Plaintiff, ASHLEY E. WILLIAMS a/k/a ASHLEY CREAMER ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, PROCOLLECT, INC., without prejudice with leave to reinstate through June 17, 2019. After June 17, 2019, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Dated: April 18, 2019

Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
nvolheim@sulaimanlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                                s/Nathan C. Volheim
                                                Nathan C. Volheim